UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAMMY DONALDSON; and SCOTT DONALDSON,

Plaintiffs,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,

Defendant.

C25-2012 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 18, is GRANTED in part and DENIED in part, as follows:

(a) The parties' request to extend the deadline for completing discovery is GRANTED, and the deadline for completing discovery is EXTENDED from November 2, 2026, to December 2, 2026.

(b) The parties' stipulated motion is otherwise DENIED. All other dates and deadlines set forth in the Minute Orders entered December 15, 2025, docket no. 9, and December 16, 2025, docket no. 10, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of October, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk